MILDRED M. BENTLEY, Respondent, *v.* WASHINGTON B. REED, Appellant.

(Argued April 24, 1929; decided May 28, 1929.)

*Louis L. Archer* and *Joseph V. Mitchell* for appellant.
*Albert Ritchie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.